JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE A. HERNANDEZ, | ) | NO. CV 19-10892-AB (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. FRAUENHEIM, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 09, 2021March 9, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE